UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x      Civil Action No CV 12 1663
MERLENE BACCHUS,                    Plaintiff
    -against-                                                          **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK, RENEE PEPPER and
BOARD OF EDUCATION EMPLOYEES LOCAL 372,
DISTICT COUNCIL 37, AMARICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO,
                                     Defendants.
--------------------------------------------------------------x

STATE OF NEW YORK, COUNTY OF KINGS:
MOSES OSAYAME, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides at, KINGS COUNTY, New York. **On April 20, 2012, at 10: 40 a.m. at PS/IS 295Q, 222-14, Jamaica Avenue, Queens, New York.**

Deponent served the within SUMMONS AND COMPLAINT ON RENEE PEPPER, **DEFENDANT HEREIN.**

| SUITABLE AGE AND DISCRETION X | Suitable age and discretion willing to receive the same, having called there Delivered a Copy of said Summons and Complaint to one ROBERTA BURNS Defendant's Agent and PUPIL ACCOUNTING SECRETARY (PS/IS 295Q) |
|---|---|

| SEX | SKIN COLOR | HAIR COLOR | AGE(APPROX) | HEIGHT(APRROX) | WEIGHT(APPROX) |
|---|---|---|---|---|---|
| **Female** | **White** | Brown | 45-50 | 5'5"-5'8' | 160-180lbs |

MAILING     and within 1 day thereafter, on, April 21, 2012 by mailing a copy of said SUMMONS AND COMPLAINT hereof enclosed in a postpaid properly addressed and wrapped to defendant RENEE PEPPER marked PERSONNAL AND CONFIDENTIAL and mailed to 222-14 Jamaica Avenue, Queens, NY defendant's place of Employment by first class, and deposited in official depository under exclusive Custody of the U.S. Postal Service within New York State.

Sworn to Before this 25th day of April, 2012.

_____
NOTARY PUBLIC

OSONDU ANYADIKE, ESQ.
Notary Public, State of New York. No.
02AN6215511
Qualified in Kings County. Commission
Expires Dec., 28, 2013

_____
Moses Osayame