**American Federation of State, County & Municipal Employees, AFL-CIO**
125 BARCLAY STREET • NEW YORK, NY 10007-2179

**District Council 37 AFSCME AFL-CIO**

**LEGAL DEPARTMENT**
Telephone: 212-815-1450
Fax: 212-815-1440

ROBIN ROACH
*General Counsel*

STEVEN E. SYKES
*Senior Assistant General Counsel*

*Assistant General Counsel*
 Alan M. Brown
 Thomas Cooke
 Jesse Gribben
 Dena Klein
 Erica Gray-Nelson
 Meaghean Murphy
 Ximena Castro
 Aaron S. Amaral
 Deena S. Mikhail

April 25, 2014

**VIA MAIL**
Law Office of Vincent I. Eke-Nweke, P.C.
498 Atlantic Avenue
Brooklyn, New York 11217-1813

    Re:  <u>Merlene Bacchus v. The City of New York, et al.</u>
           12-Civ-1663 (WFK)(MDG)

Dear Mr. Eke-Nweke:

    I am an Assistant General Counsel in the General Counsel's Office of District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO ("District Council 37"), attorney for Union Defendants District Council 37 and its affiliate union Board of Education Employees Local 372.

    Pursuant to the Individual Practices and Rules of the Honorable Pamela K. Chen, United States District Court Judge for the Eastern District of New York, enclosed please find the following Union Defendants' motion documents:

1. Notice of Motion for Summary Judgment
2. Union Defendants' Local Rule 56.1 Statement of Undisputed Material Facts
3. Declaration of Jesse Gribben and annexed Exhibits
4. Union Defendants' Memorandum of Law in Support of their Motion for Summary Judgment



    In addition, pursuant to said Individual Practices and Rules a copy of this cover letter is being filed via ECF.

Very truly yours,

Jesse Gribben (3799)

Enc.

cc:    Kathryn E. Martin, Esq.,
       Counsel for Defendants City of New York and Renée Pepper