# LAW OFFICE OF VINCENT I. EKE-NWEKE, P.C.

498 Atlantic Avenue
Brooklyn, New York 11217-1813

Telephone: (718) 852-8300　　　E-mail: vekenweke@aol.com　　　Facsimile: (718) 852-7361
www.vekenwekelaw.com

April 25, 2014

**VIA FIRST CLASS MAIL**

JESSE GRIBBEN, ESQ.
XIMENA CASTRO, ESQ.
Assistant General Counsel
District Council 37, AFSCME, AFL-CIO
125 Barclay Street, Room 510
New York, New York 10007

Re:　Merlene Bacchus v. City of New York, et al., 12-cv-1663(PKC)(MDG)

Dear Counselors:

As you know, this office represents the plaintiff in the above-referenced action.

We herewith serve you with copies of the following papers in submitted in support of plaintiff's motion for partial summary judgment:

1. Notice of Motion
2. Declaration of the undersigned together with the papers annexed thereto as exhibits
3. Affidavit of Plaintiff
4. Plaintiff's Statement of Undisputed Material Facts, and
5. Plaintiff's Memorandum of Law.

Thank you.

Very truly yours,

LAW OFFICE OF VINCENT I. EKE-NWEKE, P.C.

Vincent I. Eke-Nweke

Encl.
Kathryn E. Martin, Esq.
Senior Counsel, Office of the Corporation Counsel
of the City of New York