# LAW OFFICE OF VINCENT I. EKE-NWEKE, P.C.

498 Atlantic Avenue
Brooklyn, New York 11217-1813

Telephone: (718) 852-8300     E-mail: vekenweke@aol.com     Facsimile: (718) 852-7361
www.vekenwekelaw.com

June 26, 2014

**VIA ECF**
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

Re:    Merlene Bacchus v. The City of New York, et al., 12-cv-1663 (PKC)(MDG)

Your Honor:

My office represents Merlene Bacchus, plaintiff in the above-referenced action. I write again with the consent of all the defendants to respectfully request a further extension of the time within which plaintiff may serve her opposition papers to defendants' respective motions for summary judgment from **June 30, 2014 to July 30, 2014** and a corresponding extension to **August 18, 2014** for service of reply papers, if any, and filing of fully briefed motions.

Due to recent illness and busy schedule, I respectfully request that the parties briefing schedule be further amended as requested herein. The original briefing schedule for the parties respective motions for summary judgment was as follows: moving papers to be served by February 14, 2014, opposition papers to be served March 21, and reply papers to be served by April 11, 2014. By Order dated May 27, 2014, the Court granted plaintiff's second request to further amend the briefing schedule as follows: (i) opposition papers to be served by June 30, 2014, (ii) replies, if any, to served by July 25, 2014, and (iii) and fully briefed motions, with one courtesy copy to be filed on July 25.

Although said request was plaintiff's second request for extension of the parties' briefing schedule, the request was plaintiff's first request for extension of the due date for opposition papers following the service of each party's moving papers.

Than you for considering this request.

Respectfully submitted,

LAW OFFICE OF VINCENT I. EKE-NWEKE, P.C.

Vincent I. Eke-Nweke

cc:    Kathryn Martin, Esq., counsel for NYC Dept. of Education and Renee Pepper (by ECF)
       Jesse Gribben, Esq., counsel for Uniond defendants (by ECF)