UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

MERLENE BACCHUS

                                Plaintiff,          12 CV 1663(PKC)(MDG)

    -against-

                                                    **NOTICE OF MOTION**

THE CITY OF NEW YORK, RENÉE PEPPER and
BOARD OF EDUCATION EMPLOYEES LOCAL 372,
DISTRICT COUNCIL 37, AMERICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO,

                                Defendants.

-------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that upon the Statement of Undisputed Facts of Defendants City of New York and Renée Pepper ("City defendants") pursuant to Rules 56.1 of the Local Rules of this Court, dated April 25, 2014, the Declaration of Kathryn E. Martin, dated April 25, 2014, and the exhibits annexed thereto, and the Memorandum of Law in Support of City Defendants' Motion for Summary Judgment, dated April 25, 2014, and upon all other pleadings and proceedings previously had herein, City defendants will move this Court, at the United States District Court for the Eastern District Court of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Pamela K. Chen, United States District Judge, at a date and time to be determined by the Court, for an order granting City Defendants'

motion for summary judgment.

Dated: New York, New York
       April 25, 2014

                          **ZACHARY W. CARTER**
                          Corporation Counsel of the City of New York
                          Attorney for the City Defendants
                          100 Church Street, Room 2-102
                          New York, New York 10007
                          Tel: (212) 356-2444
                          Fax: (212) 356-2439
                          kmartin@law.nyc.gov

                    By:         /s/
                          Kathryn E. Martin
                          Assistant Corporation Counsel

TO:  Vincent Eke-Nweke, Esq.
      Law Offices of Vincent Eke-Nweke, Esq.
      498 Atlantic Avenue
      Brooklyn, New York 11217

      Jesse Gribben, Esq.
      Ximena Naranjo, Esq.
      DISTRICT COUNCIL 37, AFSCME, AFL-CIO
      Legal Department
      125 Barclay St.
      New York, New York 10007