Exhibit "2"

# Dr. Gladstone H. Atwell Middle School 61 Star Academy

## Presents

### The Dedicated People:
*Working Hard For Children's Achievement Award*

To

**MERLENE BACCHUS**

*Presented by The Parent Advisory Council*

*For Never Failing To Look For The Best In All Children*

**Tuesday, June 21, 2005**

Marie Lawrence, PAC Rep.

Ailene Thompson, Parent Coordinator

001

# Certificate of Appreciation

Awarded To

## Merlene Bacchus

School Aide

For Your Commitment To Students, Parents and Staff

*presented by*

### Community School District Seventeen

Monday, June 17, 2002

_Ailene Thompson_
Ailene Thompson, Facilitator

_Donna Chartash_
Donna Chartash, Facilitator

Dr. Evelyn W. Castro, Superintendent

Dr. J. Peek-Davis, Deputy Superintendent

009

# School Aide Award Certificate

presented to

## Ms. M. Bacchus

for

## Dedicated Service To The Students

at

## Gladstone H. Atwell M.S. 61

### June 2002

Rhonda Taylor - Principal    Hyacinth Rowe - AP.



APPRECIATION AWARD

Presented to

Ms. M. Baekeen

for all your efforts and commitment to the CAT Academy

June 2001

PRINCIPAL
GLADSTONE ATWELL M.S. 61

B. Smith, Academy Coordinator

H. Howe, Assist Principal



# Certificate of Appreciation

awarded to

**MERLENE BACCHUS**

**SCHOOL AIDE**

For Your Active Participation in Staff Development Sessions

presented by

**Community School District Seventeen**

**Friday, June 8, 2001**

_Ailene Thompson_, Facilitator

_Dr. Evelyn W. Castro_, Superintendent

_Donna Chartash_, Facilitator

_Debra Brathwaite_, Deputy Superintendent



# Certificate of Appreciation

awarded to

## MERLENE BACCHUS

For Participation in the Staff Development Training for

School Aides

presented by

## Community School District 17

Friday, June 23, 2000

_Donna Chartash_, Facilitator

Dr. Evelyn W. Castro, Superintendent

_Ailene Thompson_, Facilitator

# Outstanding Service

## Merlene Bacchus

has earned the Distinction of Excellence
for Outstanding Service to
Atwell Middle School 61

_____
Darlene Carter, Principal (I.A.)

_____
Hyacinth Rowe, Assistant Principal

June 25, 1999



