Exhibit "3"

CITY OF NEW YORK
THE SPECIAL COMMISSIONER OF INVESTIGATION
FOR THE NEW YORK CITY SCHOOL DISTRICT

80 Maiden Lane, 20th Floor, New York, New York 10038
Telephone: (212) 510-1400
Fax: (212) 510-1469

Richard J. Condon
Special Commissioner

## HAND DELIVERY

### ACKNOWLEDGEMENT OF RECEIPT

INFORMATION FOR THE FOLLOWING SCI CASE HAS BEEN RECEIVED AT THE OFFICE OF SPECIAL INVESTIGATIONS:

SCI INTAKE NO.

2010-4376, ███████

RECEIVED BY: ___[signature]___
SIGNATURE

DATE: Sep 29, 2010

DELIVERED BY: _____
SIGNATURE

DATE:

D 001400

SEP-28-2010 TUE 11:36 AM

FOR: SPECIAL COMM OF INVEST. 212 510 1469

SEND

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE | M# | DP |
|---|---|---|---|---|---|---|---|---|
| SEP-28 | 11:35 AM | 917189353928 | 1′12″ | 9 | FAX TX | OK | 029 | |

TOTAL : 1M 12S PAGES: 9

CITY OF NEW YORK
THE SPECIAL COMMISSIONER OF INVESTIGATION
FOR THE NEW YORK CITY SCHOOL DISTRICT
80 MAIDEN LANE, 20TH FLOOR
NEW YORK, NEW YORK 10038
TELEPHONE: 212-510-1400
FAX: 212-510-1550

RICHARD J. CONDON
SPECIAL COMMISSIONER

# FAX TRANSMITTAL- CONFIDENTIAL

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED and is intended only for the use of the individual(s) named below. If you are not the intended recipient of this facsimile or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is prohibited. If you have received this facsimile in error, please notify us by telephone and return the original to us at the above address

DATE: 9/28/10

TO: Candace McLaren, Director
Chancellor's Office of Special Investigations

TEL.: 718-935-3800 FAX: 718-935-3928

RE: SCI Case Referral # : 2010/4376[redacted]

FROM: SCI Intake Unit

TEL.: 212-510-1500 FAX: 212-510-1469

Additional Comments:

CITY OF NEW YORK
THE SPECIAL COMMISSIONER OF INVESTIGATION
FOR THE NEW YORK CITY SCHOOL DISTRICT
80 MAIDEN LANE, 20TH FLOOR
NEW YORK, NEW YORK 10038
TELEPHONE: 212-510-1400
FAX: 212-510-1550

RICHARD J. CONDON
SPECIAL COMMISSIONER

# FAX TRANSMITTAL- CONFIDENTIAL

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED and is intended only for the use of the individual(s) named below. If you are not the intended recipient of this facsimile or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is prohibited. If you have received this facsimile in error, please notify us by telephone and return the original to us at the above address.

**DATE:** 9/28/10

**TO:** Candace McLaren, Director
Chancellor's Office of Special Investigations

**TEL.:** 718-935-3800      **FAX:** 718-935-3928

**RE:** SCI Case Referral # : 2010/4376,
**FROM:** SCI Intake Unit

**TEL.:** 212-510-1500      **FAX:** 212-510-1469

**Additional Comments:**

# THE SPECIAL COMMISSIONER OF INVESTIGATION
# FOR THE NEW YORK CITY SCHOOL DISTRICT

80 Maiden Lane, 20th floor; New York, New York 10038
Telephone (212) 510-1400
Fax (212) 510-1550

**Richard J. Condon**
Special Commissioner

September 28, 2010

Candace McLaren, Esq.
Director
Office Of Special Investigations
65 Court Street, Room #922
Brooklyn, New York 11201

                               RE:    Intake # 20104376
                                             BACCHUS, MERLENE

Dear Ms. McLaren:

       Attached please find information received by this office in reference to the above. We are forwarding this matter to you for your review and appropriate action.

Sincerely,

**THOMAS FENNELL**
Chief Investigator

# The Special Commissioner of Investigation
For the New York City School District

## CASE FORM

| | | | |
|---|---|---|---|
| 9/27/2010 | DOE | 64 | 20104376 |

295Q

29

DOE

*Complainant wishes to remain confidential?* (Y/N) **N**

*If yes, does complainant agree to the release of complainant data to the appropriate office if complaint is referred?* (Y/N) **Y**

## Allegation:

On 09/27/10 at 1150 hrs., Principal Angela Thompson, PS/IS295Q, called SCI and reported allegations of misconduct against School Aide Merlene Bacchus. Principal Thompson stated that she was informed by Parent ▓▓▓▓ that on 9/23/10 the subject told her that she should teach her child (Student ▓▓▓) not to be a liar. Ms. Thompson stated that the subject made the comment regarding a written statement taken from the student as evidence against the subject in a corporal punishment/verbal abuse investigation conducted during the 2009/10 school year.

**CASE TRACKING** 20100821-R/OSI

R/OSI 9/27/2010 PAD

### List of Names:

| Last | First | Role | Title | Description | School | District | Borough |
|---|---|---|---|---|---|---|---|
| BACCHUS | MERLENE | SU | SA | SCHOOL AIDE | 295Q | 29 | DOE |
| THOMPSON | ANGELA | RC | PR | PRINCIPAL | 295Q | 29 | DOE |
| ▓▓▓ | ▓▓▓ | VI | ST | | 295Q | 29 | DOE |
| ▓▓▓ | ▓▓▓ | CO | PT | PARENT | | | |

### Allegation Information:

| Complaint | Type | Subject |
|---|---|---|
| ▓▓▓ | EMPLOYEE MISCONDUCT | BACCHUS, MERLENE |

D 001404

# The Special Commissioner of Investigation
For the New York City School District

## COMPLAINT FORM

| | | | |
|---|---|---|---|
| 9/27/2010 | 64 | | 20104376 |
| | | | 295Q |
| | | | 29 |
| | | | DOE |

Complainant wishes to remain confidential?   (Y/N) **N**

If yes, does complainant agree to the release of complaint data to the appropriate office if complaint is referred? (Y/N) **Y**

### Allegation:
On 09/27/10 at 1150 hrs., Principal Angela Thompson, PS/IS295Q, called SCI and reported allegations of misconduct against School Aide Merlene Bacchus. Principal Thompson stated that she was informed by Parent ▓▓▓▓ that on 9/23/10 the subject told her that she should teach her child (Student ▓▓▓▓) not to be a liar. Ms. Thompson stated that the subject made the comment regarding a written statement taken from the student as evidence against the subject in a corporal punishment/verbal abuse investigation conducted during the 2009/10 school year.

**CASE TRACKING**   20100821-R/OSI

### List of Subject Names

| | | | |
|---|---|---|---|
| | BACCHUS | | |
| | MERLENE | | SA |
| | 295Q | | SCHOOL AIDE |
| | 29 | | |
| | DOE | | |

### List of Complainants:

| | | | |
|---|---|---|---|
| | THOMPSON | | |
| | ANGELA | | |

D 001405


| | | | |
|---|---|---|---|
| [redacted] | 295Q | [redacted] | PR |
| [redacted] | 29 | [redacted] | PRINCIPAL |
| [redacted] | DOE | | |
| [redacted] | P.S./I.S. 295<br>ANGELA THOMPSON, PRINCIPAL<br>222-14 JAMAICA AVE, QUEENS, NY 11428<br>PHONE: 718-464-1433 | | |
| [redacted] | (718)-464-1433 | | |



| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| | | [redacted] | PT |
| | | [redacted] | PARENT |

### List of Victims:



| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | 295Q | [redacted] | ST |
| [redacted] | 29 | [redacted] | [redacted] |
| [redacted] | DOE | | |
| [redacted] | | | |
| [redacted] | | | |

### List of Witnesses:

### List of Others:

10-4374

## INTAKE COMPLAINT FORM

Date: 9/27/10  Time: 1150  Inv.# 64

(✓) Telephone   ( ) Walk-In   ( ) SCI Hotline

**Complainant Information:**

Last Name: Thompson  First Name: Angela  M/F

Address: _____

Telephone #'s: 718-464-4552

Position: Princ  School/CSD: PS/IS 295Q, D-29

School Address: _____  Division/Region: ___

Does C/W wish to remain CONFIDENTIAL: ( )Yes (✓)No

If yes, does C/W agree to Release of Information: (✓)Yes ( ) No

**Subject Information:**

Last Name: Bacchus  First Name: Merlene  M/F

Position: S/A   SS #: _____  File #: _____

DOB: __/__/__   Length of Service: _____

Address: _____

Telephone #: 200-0821-2/05F

**Victim Information:**

Last Name: [redacted]  First Name: [redacted]

DOB: [redacted]  Grade: [redacted]  Parent's Name: [redacted]

Address/Telephone #: [redacted]

**Witness Information:**

Last Name: _____  First Name: _____  M/F

DOB: __/__/__  Grade: _____  Parent's Name: _____

Address/Telephone #: _____

D 001407

**ALLEGATION:**

MISCON

SUBJ TOLD PARENT TO TEACH HER CHILD NOT TO BE A LIAR. CONCERNING STATEMENT SUBMITTED BY STU DURING CORP PUNISH/VERB ABUSES COMPLT INVESTIGATED - AGAINST SUBT. DURING 2009/10 SCHOOL YR.