Exhibit "4"

| | |
|---|---|
| New Reply Delete Archive Junk Sweep Move to Cate | |

**mr. catapano**

Folders

Inbox 8713

Junk 243

Drafts 19

Sent

Deleted

POP

barry

bizness

dictionary wds 188

new

Performance Factory

Search Results

New folder

Quick views

Documents 43

Flagged 2

Photos 62

Shipping updates 1

New category

### Attn: Mr. Catapano



2/19/10
To: intake@nycsci.org

 Facebook Connect

 Twitter Sign up

Already on Twitter?

Principal Angela Thompson, Assistant Principal Renee Pepper, and Guidance Counselor Colleen O'Connell fabricated claims that I verbally and physically abused seven students, four on November 25, 2009, one on November 23, 2009 one on December 1, 2009, and one on December 3, 2009.

To support their claims of abuse Ms. Thompson and Ms. O'Connell wrote a statement in their own handwritings and presented it with a student's name inked out. On four of the other students' statements Ms. Thompson wrote at least one sentence.

Assistant Principal Renee Pepper fabricated a statement claiming that on Nov 30, 2009 at 3:20 PM a student's grandmother called to say her grandson, Isaiah Dantzler, came off the bus crying and upset because Merlene Bacchus, an aide, yelled at him and his class for no reason during lunch and she called them "jerks." Principal Thompson reported to OSI on December 1 that the incident occurred on November 30 and the grandmother reported the incident and not the child. But in her letter to me and in all the meetings we had, she claimed the incident occurred on November 25 and the child made the allegation on the same day.

The discrepancies in dates are a clear indication that these statements were falsified as part of a set-up to have me discredited.

Thank you in advance for your attention in this matter

Merlene Bacchus
School Aide, PS/IS295
Job phone: (718) 464-1433

Home : (718) 658-3569



000455

P.S./I.S. 295Q
Ms. Thompson, Principal
Ms. O'Connell, Guidance Counselor

Student Statement ▓▓▓▓▓▓▓▓▓▓   Date: 12/4/09

On Wednesday The day before thanksgiving Ms. backes said we weren't going to play outside and she grabed melvin by his coat and yelled at him and said "sit down and your not going to play for the whole week and when we got on line the kids were on line but It was like slatted and said to me that she was going to call my mom and that day when I got home my mom tolded me what happened and she belived me and yesterday she called us Jerks It really got me mad

D 000093

## P.S./I.S. 295Q
### Ms. Thompson, Principal
### Ms. O'Connell, Guidance Counselor

**Student Statement**  Date: 12-2-09

One Monday Nov. 30th in the gym I was sitting on the bleachers because ms. Backes was yelling at me. [illegible] we d[illegible] up when we were sopost to line up but she never toled us to line up.

On Wensday when we [were] lineing up Ms. Backes called me a Jerk. Ms Backes toled Ms. Mixin that she [does] not like are [learning].



09-4824

# P.S./I.S. 295Q
## Ms. Thompson, Principal
## Ms. O'Connell, Guidance Counselor

Student Statement D███ H███          Date: 12/2/09

M███ and I were runing in the gym on Wed the 2s of Nov. at recess. Mrs Backas pulled me by my collar. She pulled M███ too. She took us to the blechers sill holding us by the collar. She said we wer in truble. We were just running. Other kids were running too. Yestared Mrs Backas said that Mrs LaBella said that we have to sit on the side for four days.

D 000033

09-4881

## P.S./I.S. 295Q
### Ms. Thompson, Principal
### Ms. O'Connell, Guidance Counselor

**Student Statement**  **Date:**

M███ , S███  Dec 4, 2009

On Wednesday, The day Before Thanksgivig, She had pull me on my collar. She yelled a me for No reason and when The fifth graders are runing aroud She does not do anything and when where Siting down She still Yell at aus and when we are at lunch and when we have a party She talk about us

D 000037

## P.S./I.S. 295Q
## Ms. Thompson, Principal
## Ms. O'Connell, Guidance Counselor

**Student Statement**　　　　　　　　　　　　　　**Date:**

Isaiah Dantzler　　　　　　　　　　　　12-7-09

One Monday Nov. 30th in the gym I was sitting on the dleachers because ms. Backes was yelling at me just because we did not line up when we were sopost to line up but she never toled us to line up.

On Wensclay. When we where lineing up Ms. Backes called me a Jerk. Ms Backes toled Ms. Mirin that She did not like are teacher.

175

#4

07-4912

## P.S./I.S. 295Q
### Ms. Thompson, Principal
### Ms. O'Connell, Guidance Counselor

J___ T___

**Student Statement**  Date: 12/4/09

yesterday in the yard Ms.tokuse call me stupid. I am scared that Ms. bikuse will get mad at me.

D 000229

Please run for all
Students in Grades 3-8
and put in mailboxes.
   thank you
   R. Pepper

Merlene   1/6/10
Please fax
these - when
you get the
fax confirmation
please make
1 xtra copy
(718) 397-9325

One copy for 3/25/10
every teacher -
please put in
their mail boxes
before lunch
   thank you
   R. Pepper

First item to
be copied 2/12/10
(RP)

A Note from....
   12/17/09

Merlene -
copies to all
staff - please
put in mail boxes

   A.T

Angela Thompson, Principal

000449



PS/IS 295Q

Ms Bacchus

Bank Deposit

*A Note From*
Angela Thompson, Principal

---

please mail to house →
"To the parents of:"

T.Y.
O'Connell

---

11/16/09

Merlene -
pls go to the bank after your break. thank you
B. Levy

---

Merlene - 4/19
pls make this deposit
thank you
B. Levy

000450

# PS/IS 295Q

222-14 Jamaica Avenue
Queens Village, NY 11428
Ph: (718) 464-1433
Fax (718) 464-1439

Angela Thompson, Principal          Renee Pepper, Assistant Princpal

## COPY REQUEST FORM
### (Please print)

## Allow two to three days for receipt of your copies!

Date: 02/22/10          Class: 401

Teacher's Name: SYKES

Number of Copies: 1   (COPY book)

Please check all that apply:

Paper Size: ✓ 8½ X 11          ___ 8½ x 14

Single Sided: ___          Back to Back: ✓

Collate: ✓          Staple: ✓

Copies Done By: DB

Finished On (Date): 2/22

U00454



Plaintiff(s):   Merlene Bacchus [Case No.: 12cv1663 (WFK) (MDG)]

Defendants(s):   New York City Department of Education, Renee Pepper and Board of Education Employees Local 372 District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO

| Page | Line | Correction |
|---|---|---|
| 10 | 24 | strike "395", replace with "394K" |
| 11 | 8 | strike "395" replace with "MS394K" |
| 11 | 12 | Strike "can't" replace with "don't" after "really" |
| 11 | 13 | Strike "District Center 5" replace with "District 75" |
| 11 | 16 | Strike "District Center 5" replace with "District 75" |
| 11 | 17 | Strike "District Center 5" replace with "District 75" |
| 11 | 20 | Strike "PS395" Replace "MS 394K" |
| 13 | 7 | add "ink and toner" after "ordering" |
| 14 | 15 | strike "sight and hired" replace with "hired on sight" |
| 15 | 21/22 | Strike "breaks for" replace with "breakfast" |
| 18 | 12 | Strike "you know just hot water was coffee I was bringing down" replaces with "Aides are not required to push urns with hot liquids. Children may be burnt" |
| 20 | 15 | Strike "From 2007 you are asking me that question from?" and replace with "Are you referring to the period beginning from 2007" |
| 20 | 20 | Strike "that" before "Trina" |
| 23 | 5 | Strike "African" |
| 26 | 20 | Strike "I don't know if she's from" |
| 29 | 4 | Strike "all" add "also" |
| 30 | 18 | Strike "she" after "and" |
| 32 | 24 | Strike "of" replace with "for" |
| 32 | 24 | add after "encouraging" "insubordination in other staffers, even though such claim was baseless and was not supported by any facts." |
| 34 | 1 | Strike "it" replace with "there" |
| 34 | 3 | add "but she" after "descent" |

Date:_____

Name of Witness:_____

Signature:

Subscribed and sworn to before me

This _____ of _____ 2013.

_____
Notary Public



Plaintiff(s): Merlene Bacchus [Case No. : 12cv1663 (WFK) (MDG)]

Defendants(s): New York City Department of Education, Renee Pepper and Board of Education Employees Local 372 District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO

| Page | Line | Correction |
|---|---|---|
| 34 | 4 | Strike "it" replace with "there" |
| 34 | 4 | Strike "a lot of" replace with "enough" |
| 34 | 20 | add "yes" before "but" |
| 36 | 5 | Strike "Uh-huh" replace with "yes" |
| 38 | 18 | Strike "his" replace with "Ms." |
| 40 | 10 | Strike "she said' replace with "Thompson said" |
| 45 | 21 | add "a flatbed cart" after "borrowed" |
| 46 | 22 | Add "to the cart" after "on" |
| 48 | 13 | Strike "instructed" replace with "written" |
| 48 | 23 | Strike "from when I finished delivering the books" replace with "the office after escorting the class" |
| 49 | 2 | Strike "delivered" replace with "escorted" |
| 49 | 9 | add "and again after I escorted the class" after "books" |
| 51 | 24 | Strike "I lined up the class" replace with "But I did line up the class" |
| 52 | 11 | Strike "and" replace with "before " |
| 52 | 12 | Add "but" after "came" |
| 52 | 12 | Strike "and" after "kids" |
| 52 | 14 | Strike "when they came back – when they came to" |
| 52 | 15 | Strike "pick them up" strike "they" replace with "the teachers" |
| 52 | 16 | Strike "and" replace with "but" after "another" |
| 52 | 25 | Strike "the" replace with "further" |
| 58 | 20 | add "incident" after "alleged" |
| 58 | 22 | Add "allegation" after "that" |
| 60 | 6 | Add "administration about" after "with" |
| 60 | 6 | Strike "with" replaces with "from" |
| 62 | 8 | add "it" after "why is" |

| Date: | Subscribed and sworn to before me |
|---|---|
| Name of Witness: | This _____ of _____ 2013. |
| Signature: | Notary Public |

2

Plaintiff(s): Merlene Bacchus (Case No. : 12cv1663 (WFK) (MDG)]

Defendants(s): New York City Department of Education, Renee Pepper and Board of Education Employees Local 372 District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO

| Page | Lines | Correction |
|---|---|---|
| 62 | 8 | add "has" after "this one" |
| 62 | 20 | add "stamp and deliver books, clean up after teachers' conferences, transport coffee urn and work in book room" after "counter" |
| 63 | 4 | Strike "until" replace with "from" |
| 63 | 4 | Add " 2009" after "4th" |
| 64 | 23 | Strike "suspended" replace with "terminated" |
| 65 | 19 | Add "The allegations were false. The incidents never happened. It was not until I returned from the medical screening on December 3rd fit to work that these allegations of verbal abuse/corporal punishment surfaced. Pepper, Thompson and LaBella coerced five students to falsely allege that I subjected them to corporal punishment/verbal abuse on November 25, 2009. Lopez had recently been laid off, so they chose me because of my race and nationality to be fired, in order for them to bring back Lopez." add after "kids" |
| 67 | 19 | Add "and because I overheard Levy say 'It is so sad Lopez and Horton had to go but the aides I want to see go are allowed to remain' while she was soliciting donations for Lopez after she was laid off," type after "substitute aide" |
| 67 | 19 | Add "and the hours that Pepper and Thompson cut from the other remaining aides, were assigned to Lopez." After "bring her back" |
| 68 | 4 | Add "All these allegations were false, made up; Pepper, Levy, OConnell, LaBella needed to construct a paper trail against me, to justify their final act which was to have me fired. They pretended they believed in progressive discipline so they sought to fill my file with false allegations, falsely substantiate the false allegations, then appear to have a reason to fire me" after "adults." |
| 68 | 7 | Strike "uh-huh" replace with "yes" |
| 68 | 14 | Add "I also believe these statements were forged and coerced because the spelling and grammar was awful. I am not convinced fourth graders are unable to spell three letter words. Some statements were clearly written by adults who began writing in their regular fist and then changed up their handwriting, deliberately used poor grammar and bad spelling to give impression that the statements were written by young students. Also remember this was an A-rated school. The students in an A-rated school are better writers and spellers. And the alleged students ' statements were never corroborated by any statement from an adult or video footage." add after "involved" |

| Date:_____ | Subscribed and sworn to before me |
|---|---|
| Name of Witness:_____ | This _____of _____ 2013. |
| Signature: | |
| | Notary Public |

3

Plaintiff(s): Merlene Bacchus [Case No. : 12cv1663 (WFK) (MDG)]

Defendants(s): New York City Department of Education, Renee Pepper and Board of Education Employees Local 372 District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO

| Page | Line | Correction |
|---|---|---|
| 70 | 8 | Strike "have" replace with "ask" |
| 73 | 12 | add "Pepper" before "give" |
| 74 | 6 | Strike "uh-huh" replace with "yes" |
| 75 | 2 | Strike "that" replace with "it" |
| 77 | 11 | Add "Also during our conference, I explained my reason for my action and Thompson accepted my explanation and in the presence of Pepper, Thompson closed the matter. But Pepper, in her need to fill my file with false letters, in order to set up my discharge, went ahead and gave me a letter to file. So Thompson determined the accusation to be unfounded because she found it was not true." After "view." |
| 78 | 14 | Add "I sometimes refer to myself in the first person plural" after "about." |
| 79 | 2 | Strike "at page 47" replace with "the first page" |
| 79 | 5 | Strike "center 5" replace with "29" |
| 82 | 6 | Strike "LaBalla" replace with "Bala" |
| 82 | 23 | Strike "have" replace with "need" |
| 84 | 25 | Strike "shout" replace with "shouted" |
| 85 | 7 | Add after "time" "On multiple dates, the phone rang numerous times while I was making copies. Ms. Pepper always shouted at me to leave the copying and answer the phone, meanwhile other aides would be sitting closer to the phone doing nothing. She walked behind the classes I was escorting and shouted at me to make the students walk quicker. She'd come into the school yard during recess and shout at me for no reason while my students were playing. She would say "Bacchus circulate, circulate". Or "Your children are running, I don't want them running in the school yard. Bacchus put them against the fence for time out, five minutes each. " She did not do this with other aides whose students were involved in the same activity as my students." |
| 93 | 21 | Strike "get" replace with "give" |
| 94 | 21 | Strike "it" replace with "she" |
| 95 | 4 | Strike "and she" replace with "who" after "Thompson" |

| Date: | Subscribed and sworn to before me |
|---|---|
| Name of Witness: | This _____ of _____ 2013. |
| Signature: | |
| | Notary Public |

4

Plaintiff(s): Merlene Bacchus [Case No.: 12cv1663 (WFK) (MDG)]

Defendants(s): New York City Department of Education, Renee Pepper and Board of Education Employees Local 372 District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO

| Page | Line | Correction |
|---|---|---|
| 95 | 7 | Add "immediately" after "allegation" |
| 95 | 14 | add "she refused to" after "nurse" |
| 100 | 15 | add "the corridor in the auditorium" after "hall" |
| 101 | 4 | Strike "medicate" replace with "mediate" |
| 111 | 14 | Add after "wrongly" "Also DOE allowed an atmosphere to exist in PS/IS 295 in which Principal Thompson and AP Pepper could abuse their authority by fabricating charges against me, and unreasonably refused to take over the investigations of the fabricated charges even after I complained to DOE's, OEO, OSI and SCI. DOE fired me wrongfully." |
| 112 | 14 | Add "And made me perform duties outside of my job description, writing me up for verbal and physical abuses that I did not commit; substantiating these bogus allegations without proper investigations; suspending me and eventually terminating my employment on these same made-up allegations in order to create a position for Lopez who is White, all because I am a Black West Indian Woman." |
| 114 | 3 | Strike "center 5" replaces "75" |
| 117 | 7 | Add "it is my name but it is not my signature" after "yes" |
| 117 | 9 | add "I received page D660 but did not receive D661" after "yes" |
| 118 | 15 | add "yes" before "this" |
| 118 | 15 | Strike "one" replace with "handwriting" |
| 118 | 15 | Strike "matched" add "matches the handwriting on D442" after "directly" |
| 118 | 19 | Strike "they" replace with "the Union" after "because" |
| 120 | 1 | Strike "handwriting" replace with "Handwritten statement" |
| 123 | 11 | Strike " it could be a part much it." Replace with "but that's not why I was fired" |
| 130 | 8 | add "contrary to what pepper claims" after "jerk" |
| 130 | 10 | Add "I told Ms. Wambser to request a statement from the grandmother of the child" after "and" |
| 130 | 11 | Strike "had to request of the child" replace with "to request a statement from the grandmother" |
| 130 | 18 | add "but administration never provided Wambser any statement and Wambser never followed up with the request" after "November 2009" |
| 132 | 11 | Strike "I think that's it" replace with "Also, after Thompson gave me the letter of termination, I tried to leave the conference room to gather my possessions and leave the building. Ms. Thompson stood in the doorway and physically prevented me from leaving. She then advanced menacingly towards me, bumping me with her stomach until she had backed me up against her desk then she yelled at me saying she need to give me instructions. The instructions were that I should not come within 15ft of the building and take my things and leave. When she spoke her spittle sprayed me in the face. I felt abused, and very humiliated. She did this in the presence of the school safety officer Rebecca. |
| 148 | 17 | Strike "No, I never- I did not receive this letter" replace with "Yes" |
| 148 | 19 | Strike "Yes" replace with "No" |
| 149 | 3 | Strike "2011" replace with "2012" |
| 149 | 6 | Strike "And he said oh" |
| 157 | 6 | Strike "to" replace with "About" "after "nothing" |

5

Plaintiff(s): Merlene Bacchus [Case No. : 12cv1663 (WFK) (MDG)]

Defendants(s): New York City Department of Education, Renee Pepper and Board of Education Employees Local 372 District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO

| Date: 7/17/13 | Subscribed and sworn to before me |
|---|---|
| Name of Witness: MERLENE BACCHUS | This 17th of July 2013. |
| Signature: Merlene Bacchus | Notary Public |

VINCENT I. EKE-NWEKE
Notary Public, State of New York
Qualified in Kings County
No. 02EK6058684
My Comm. Expires 04-15-2014

6