Exhibit "6"



**Department of
Education**

Joel I. Klein, Chancellor

## 2010-2011 SCHOOL YEAR CALENDAR
### March 2, 2010

The School Year Calendar mandates that school sessions begin for all students on Wednesday, September 8, 2010 and includes a Midwinter Recess (Monday, February 21 through Friday, February 25, 2011). It reflects that on Tuesday, November 2, 2010, and Thursday, June 9, 2011, students in all five boroughs will not be in attendance, but schools in all five boroughs will be scheduled for a Chancellor's Conference Day for staff development related to the Regents High Learning Standards and Assessments. The calendar must be adhered to without exception, unless notifications of subsequent changes are received pursuant to collective bargaining agreements or for other reasons, provided these other reasons are not inconsistent with collective bargaining or legal obligations.

### 2010

| | | | |
|---|---|---|---|
| August | 30, | Monday | The following staff report: Assistant Principals and school-based intermediate supervisors not designated to work an increased work year. |
| September | 6, | Monday | Labor Day (schools closed) |
| September | 7, | Tuesday | Classroom Teachers, Bilingual Teachers in School and Community Relations, Guidance Counselors, Attendance Teachers, Nurses, Therapists, Laboratory Specialists and Technicians, Educational Paraprofessionals (except for School Secretaries, Psychologists and Social Workers) report. School Secretaries, Psychologists and Social Workers report for a regular work day. Employees in titles not listed should consult the applicable collective bargaining agreement. For all UFT-represented employees who, pursuant to the June 22, 2009 agreement, report to school on the Tuesday following Labor Day, that Tuesday shall be utilized first and foremost for preparation of the classroom and for the arrival of students. If time permits, the remainder of the day may be utilized for professional development. Students will not be in attendance. |
| September | 8, | Wednesday | **SCHOOL SESSIONS BEGIN FOR ALL STUDENTS**<br>Early dismissal for non-District 75 Kindergarten Students only<br> • Partial school time for Prekindergarten public school students. |
| September | 9,<br>10, | Thursday<br>Friday | Rosh Hashanah (schools closed) |
| September | 13, | Monday | Early Dismissal for non-District 75 Kindergarten Students Only<br> • Partial school time for Prekindergarten public school students. |
| September | 14, | Tuesday | • Partial school time for Prekindergarten public school students. |
| September | 15, | Wednesday | First Full day for all Prekindergarten public school students. |
| October | 1, | Friday | Prekindergarten Non-Attendance Day |
| October | 11, | Monday | Columbus Day Observed (schools closed) |
| November | 2, | Tuesday | Election Day<br>Chancellor's Conference Day for staff development related to the Regents High Learning Standards and Assessments. **Students will not be in attendance.** |
| November | 11, | Thursday | Veterans Day (schools closed) |
| November<br>November | 25,<br>26, | Thursday and<br>Friday | Thanksgiving Recess (schools closed) |
| December<br>December | 24,<br>31, | Friday through<br>and including<br>Friday | Winter Recess (including Christmas and New Year's Day) (schools closed - students return to school on Monday, January 3, 2011). |

**2011**

| | | | |
|---|---|---|---|
| January | 17, | Monday | Dr. Martin Luther King, Jr. Day (schools closed) |
| January | 31, | Monday | Fall Term ends for high school students. **No high** school students will be in attendance. Chancellor's Conference Day for staff development in **all high** Schools. All other students will be in attendance. (See section 7 below for details on high school student attendance on January 31.) |
| February | 1, | Tuesday | Spring Term begins for **high** school students. |
| February | 21, 25, | Monday through Friday | Midwinter Recess (including Washington's Birthday) (schools closed) |
| March | 7, | Monday | Prekindergarten Non-Attendance Day |
| April April | 18, 26, | Monday through Tuesday | Spring Recess (including Good Friday, Easter and Passover) (schools closed- Students return to school on Wednesday, April 27). |
| May | 30, | Monday | Memorial Day Observed (schools closed) |
| June | 9, | Thursday | Chancellor's Conference Day for staff development related to the Regents High Learning Standards and Assessments. School staff report to work if required by their collective bargaining agreement. **Students in all five boroughs will not be in attendance.** |
| June | 24, | Friday | In non-District 75 high schools having to administer Regents Exams from June 15 through June 23, students will not be in attendance on Regents Rating Day, Friday, June 24. |
| June | 28, | Tuesday | **LAST DAY FOR ALL STUDENTS** An early dismissal of students is to be scheduled on Tuesday, June 28 under the guidelines outlined in Section 13 below. Last day for all Classroom Teachers, Bilingual Teachers in School and Community Relations, Attendance Teachers, Nurses, Therapists, Laboratory Specialists and Technicians, and last day for Paraprofessionals. |
| June June | 29, 30, | Wednesday and Thursday | All other staff report **except** Classroom Teachers, Bilingual Teachers in School and Community Relations, Attendance Teachers, Nurses, Therapists, Laboratory Specialists and Technicians, and Paraprofessionals. |

The school year calendar incorporates the following understandings:

1. That two Chancellor's Conference Days are to be used for staff development related to the Regents High Learning Standards and Assessments (November 2 and June 9 in elementary, middle schools high schools);

2. That this calendar does not preclude subsequent changes that may be made pursuant to collective bargaining agreements or for other reasons, but in no case can this calendar or subsequent changes result in a loss of state aid;

3. That all requests for shortened sessions resulting in early dismissals of students and any other changes in this calendar must be submitted to http://schools.nyc.gov/Calendar/changerequests.htm. Subsequent to receiving approval, 4 weeks prior notification to parents must be provided;

4. That the Chancellor shall use the power vested in him by law when, in violation of this citywide school year calendar, a school is closed or shortened sessions (defined in section 9 below) are scheduled without prior authorization.

The following should also be noted:

5. The School Year Calendar for 2010-2011 meets the State Education Department requirement of a minimum of 180 state aidable days in all schools in the City School District.

6. All schools will be open citywide on Election Day, Tuesday, November 2, 2010 and on Thursday, June 9, 2011 for a for a Chancellor's Conference Day for staff development related to the Regents High Learning Standards and Assessments. On both days, students in all five boroughs will not be in attendance. Prekindergarten teachers will participate in activities planned by the Prekindergarten Borough Office.

7. Monday, January 31, 2011 will be scheduled by all high schools for professional development. No high school students will be in attendance, with the exception of high school level students in District 75 (these students will be in attendance on January 31). The high school spring term begins on Tuesday, February 1 with a full day of instruction.

8. All schools will be open on Friday, February 11, 2011 and students will be in attendance.

9. As a result of professional / Chancellor Conference Days, shortened sessions for various purposes, and Regents Days, the total number of instructional days (days when students report to school) may be different from the number of state aidable days. A shortened session is any day when school is in session for Prekindergarten for less than 2.5 hours of instruction, exclusive of lunch, for kindergarten through grade 6 students for less than 5 hours of instruction, exclusive of lunch and of the extra session of 37.5 minutes for targeted students, or any day when school is in session for grade 7 and above students for less than 5.5 hours of instruction, exclusive of lunch and of the extra session of 37.5 minutes for targeted students.

10. Calculations of aidable days incorporate Chancellor Conference/Regents Examination Days. Under Commissioner's Regulations, Chancellor Conference Days may include general staff orientation, curriculum development, in-service education, or Parent-Teacher Conferences. They may not include routine administrative matters such as grading examinations or pupil assignments, recordkeeping, or lesson planning.

11. In part, the school calendar takes into account the following citywide centrally-scheduled shortened sessions: two Parent-Teacher Conference shortened sessions (one in the Fall Term and one in the Spring Term), and other citywide shortened sessions. Separate notifications will be forthcoming regarding all of these citywide centrally-scheduled shortened sessions. An early dismissal of students is to be scheduled on the last day of school, subject to the guidelines outlined in section 13 below.

12. In non-District 75 high schools having administered the Regents examinations from June 15 through June 23, high school students will not be in attendance on Regents Rating Day, Friday, June 24.

13. As concerns the early dismissal of students on the last day of school (Tuesday, June 28, 2011), the day should be recorded as a regular day of instruction for purposes of the Period Attendance Report, and schools must adhere to the following guidelines: students are required to attend school, pupil attendance must be taken, recorded and reported as part of the average daily attendance, and students are to receive instruction and/or guidance and assistance as needed. Schools should provide at least 4 weeks prior notice to parents and to the Office of Pupil Transportation regarding the specific time they have set for the early dismissal at their site.

14. To avoid the risk of a reduction in State Aid, and to limit impacts on bus scheduling for students, schools will not be closed or shortened sessions (defined in section 9 above) will not be scheduled without prior authorization. Prior to requesting, on a timely basis, shortened session requests, the following should be considered: in weeks when a single scheduled shortened session for Kindergarten through grade 6 when a shortened day is requested, the school must still be in session for 25 hours of instruction, exclusive of lunch and of the extra session of 37.5 minutes for targeted students. When a shortened session is scheduled during a 4 day week (for instance, when the week includes a holiday), the school must still be in session for 20 hours of instruction over that week, exclusive of lunch and of the extra session of 37.5 minutes for targeted students. Further clarification and information on exceptions are available upon request.

15. In a week when, exclusive of lunch and of the extra session of 37.5 minutes for targeted students, 25 hours of instruction are scheduled for kindergarten through grade 6 students, or 20 hours in a 4 day week, and an approved shortened session is scheduled, schools may designate that shortened session as a regular day of instruction for purposes of the Period Attendance Report. For students in grades 7 and above, see section 16 below.

16. As concerns Grades 7 and above, generally a shortened session results in the school being in session for less than the required minimum of 27.5 hours of instructional time scheduled in a week, exclusive of lunch and of the extra session of 37.5 minutes for targeted students. Therefore, in almost all instances, an approved shortened session for grades 7 and above should be designated as a non-instructional day for purposes of the Period Attendance Report. Exceptions pertain to the last day of school Tuesday, June 28, 2011 with the requirements of section 13 above being met this day should be recorded as instructional for purposes of the Period Attendance Report.

17. **For Non-District 75 Kindergarten,** there are 183 aidable days (182 instructional days).

18. **For District 75 Kindergarten through Grade 6 Level and All Grades 1 through 6,** there are 185 aidable days (182 instructional days).

19. **For Grades 7 and 8 Citywide and Grade 9 in Middle Schools (including District 75),** there are 184 aidable days (182 instructional days).

20. **For High School Level Grades 9 through 12,** there are 185 aidable days in all boroughs (and including 184 in District 75), 180 of which are instructional (in District 75, there are 182 instructional days).

21. Staff development activities must meet needs that are mandated or of high priority, including implementation of the new comprehensive, system-wide instructional approach to literacy and mathematics under the Children First initiative, school violence prevention and intervention, the implementation of the Continuum for Students with Disabilities, performance standards, science education, assessments, etc., as they relate to general, special and bilingual education. There must be an appropriate focus on the Regents High Learning Standards and Assessments as indicated in section 1.

22. On Tuesday, November 2, 2010 (Election Day), and on Thursday, June 9, 2011 (Anniversary Day), a Chancellor's Conference Day for staff development related to the Regents High Learning Standards and Assessments is scheduled in all five boroughs. Students IN ALL FIVE BOROUGHS will NOT be in attendance on either day. (Under Section 2586 of the Education Law, Anniversary Day is the first Thursday in June, or the second Thursday in June when the first Thursday falls within the same week as Memorial Day.)

23. Concerning the partial school time for Prekindergarten students (staggered entrance). It is recommended that an Orientation Session take place on Wednesday, September 8, 2010 for the parents of all Prekindergarten students. This session is to help families with the transition process. Parents or caregivers should be notified so that they can make appropriate plans regarding the schedule, pick up and drop off. For assistance with staggered entrance, orientation or phase-in planning, please contact the Office of Early Childhood Education at 212.374.0351 or earlychildhood@schools.nyc.gov. Information is also available at the Early Childhood Website: http://schools.nyc.gov/Academics/EarlyChildhood/default.htm.

24. Non-attendance days for Prekindergarten students are designed for staff to participate in professional development activities that meet the Chancellor's mandate, (See section 21 above). In addition, the Office of Early Childhood Education provides professional development related to the successful implementation of a high quality program. Information is based on current research, performance standards, assessment, integrated curricula etc., as it relates to the cognitive, social and emotional, aesthetic and physical development in all prekindergarteners including English Language Learners and children with disabilities.

25. Consultation on the school year calendar has taken place with superintendents, parent representatives, the Nonpublic Schools Committee, and appropriate collective bargaining representatives.