# EXHIBIT "8"

# EXHIBIT "9"

11-1685    Code 2

# OFFICE OF SPECIAL INVESTIGATIONS
## CORPORAL PUNISHMENT INTAKE FORM

Date Submitted: Feb 3 2011 2:57PM
Date Printed: 2/3/2011 3:00:16 PM

### Complainant's Information

- Id: 47795
- Conf #No: 11-0685
- Relationship: assistant principal
- First Name: renee
- Middle:
- Last Name: pepper
- Precinct:
- School Name: PS/Is 295Q
- District: 29Q
- Officer Badge:
- Address: 222-14 jamaica avenue
- Apt No:
- City: queens village
- State: new york
- Zip: 11428
- Home Phone:
- Work Phone: 718-464-1433
- Email: rpepper@schools.nyc.gov
- Witness: no
- Nature:
- Police Agency:

### Victim's Information

- First Name: A▇
- Middle:
- Last Name: a▇
- Age: 11
- Grade: 6
- Parent Name: m▇ a▇
- Address: ▇
- Apt#:
- City: queens village
- State: new y
- Zip: 11428
- School Name: PS/IS 295Q
- District: 29q
- Home Phone: ▇

### Witness's Information #1

- First Name: J▇
- Middle:
- Last Name: M▇
- Address:
- Apt #:
- City:
- State:
- Zip:
- Home Phone: ▇
- Work Phone:

### Witness's Information #2

- First Name: S▇
- Middle:
- Last Name: P▇
- Address:
- Apt#:
- City:
- State:
- Zip:
- Home Phone: ▇
- Work Phone:

### Subject Information

- First Name: merlene
- Middle:
- Last Name: bacchus
- Ssn: ▇
- Title: School Aide
- Incident Date: 02/02/11
- Incident Time: 1:00pm
- Police Notified: NO
- Comp:
- Police Precinct:
- School Notified:
- School Who:
- s_invNotified:
- Invcomp#:
- Employee Transfered: NO
- Employee Arrested:
- Allegation: Verbal
- Verbal: Menacing
- Physical:
- Weapon:
- Summary: Ms. Bacchus called student A▇ A▇ "fat boy."

duplicate of
CPU 11-0677

School 2/3/11
D. torres

D 001483

11-1626

# OFFICE OF SPECIAL INVESTIGATIONS
## CORPORAL PUNISHMENT INTAKE FORM

Code #2

Date Submitted: Feb 3 2011 1:58PM
Date Printed: 2/3/2011 2:05:23 PM

### Complainant's Information

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Id: | 47787 | Conf #No | 11-0677 | Relationship | Assistant Principal |
| First Name | Renee | Middle | | Precinct | |
| Last Name | Pepper | | | | |
| School Name | PS/IS 295 | District | 29 | Officer Badge | |
| Address | 222-14 Jamaica Avenue | Apt No | | City | New York |
| | | | | State | NY |
| | | | | Zip | 11428 |
| Home Phone | | Work Phone | 718-464-1433 | Email | rpepper@schools.nyc.gov |
| Witness | No | Nature | Student | Police Agency | |

### Victim's Information

| Field | Value |
|---|---|
| First Name | A[redacted] |
| Last Name | A[redacted] |
| Age | 12 |
| Grade | 06 |
| Parent Name | M[redacted] A[redacted] |
| Address | [redacted] |
| City | New York |
| State | NY |
| Zip | 11428 |
| School Name | PS/IS 295 |
| District | 29 |
| Home Phone | [redacted] |

### Witness's Information #1

| Field | Value |
|---|---|
| First Name | J[redacted] |
| Last Name | M[redacted] |
| Address | [redacted] |
| City | New York |
| Zip | 11411 |
| Work Phone | [redacted] |

### Witness's Information #2

(blank)

### Subject Information

| Field | Value |
|---|---|
| First Name | Merlene |
| Last Name | Bacchus |
| Ssn | [redacted] |
| Title | School Aide |
| Incident Date | 02/02/201 |
| Incident Time | 01:10 PM |
| Police Notified | No |
| Comp | |
| Police Precint | |
| School Notified | |
| School Who | |
| s_invNotified: | |
| Invcomp# | |
| Employee Transfered | No |
| Employee Arrested | |
| Allegation | Verbal |
| Verbal | Offensive Language, Abusive Language |
| Physical | |
| Weapon | |

**Summary:** Employee was supervising a group of sixth grade students in the auditorium during recess portion of the lunch period. While inquiring about a possible name calling between two students the employee called out to the student "Hey fat boy did you call him a name?"

D 001484