# EXHIBIT "10"

FORM CD-64
(REVISED)
Prescribed By
D.A.O. 201-17



## U. S. DEPARTMENT OF COMMERCE
### Asheville, N.C.

I CERTIFY that the attached are authentic and true copies of meteorological records on file in the NATIONAL CLIMATIC DATA CENTER, ASHEVILLE, NORTH CAROLINA.

_____
NANCY A. RITCHEY
RECORDS CUSTODIAN
DATA ADMINISTRATOR
(Official Title)

........................

I HEREBY CERTIFY that NANCY A. RITCHEY, RECORDS CUSTODIAN, who signed the foregoing certificate, is now, and was at the time of signing, DATA ADMINISTRATOR, NATIONAL CLIMATIC DATA CENTER, and that full faith and credit should be given his certificate as such. I further state that I am the person to whom the said custodian reports.

IN WITNESS WHEREOF, I have hereunto subscribed my name and caused the seal of the Department of Commerce to be affixed
on this date: **JUL 0 7 2014**

For the SECRETARY OF COMMERCE:

_____
THOMAS R. KARL
DIRECTOR
NATIONAL CLIMATIC DATA CENTER
(Certifying Officer)

U.S. Department of Commerce
National Oceanic & Atmospheric Administration

## QUALITY CONTROLLED LOCAL CLIMATOLOGICAL DATA (final)
### HOURLY OBSERVATIONS TABLE
### LA GUARDIA AIRPORT (14732)
### NEW YORK, NY
### (11/2009)

National Climatic Data Center
Federal Building
151 Patton Avenue
Asheville, North Carolina 28801

Elevation: 11 ft. above sea level
Latitude: 40.779
Longitude: -73.880
Data Version: VER3

| Date | Time (LST) | Station Type | Sky Conditions | Visibility (SM) | Weather Type | Dry Bulb Temp (F) | Dry Bulb Temp (C) | Wet Bulb Temp (F) | Wet Bulb Temp (C) | Dew Point Temp (F) | Dew Point Temp (C) | Rel Humd % | Wind Speed (MPH) | Wind Dir | Wind Gusts (MPH) | Station Pressure (in. hg) | Press Tend | Net 3-hr Chg (mb) | Sea Level Pressure (in. hg) | Report Type | Precip. Total (in) | Altimeter (in. hg) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 23 | 0051 | 11 | OVC028 | 10.00 | | 47 | 8.3 | 43 | 6.0 | 38 | 3.3 | 71 | 9 | 090 | | 30.38 | | | 30.41 | AA | | 30.41 |
| 23 | 0151 | 11 | SCT020 OVC026 | 10.00 | | 45 | 7.2 | 42 | 5.4 | 38 | 3.3 | 77 | 11 | 030 | | 30.39 | 1 | 009 | 30.42 | AA | | 30.42 |
| 23 | 0251 | 11 | BKN021 OVC028 | 10.00 | | 45 | 7.2 | 42 | 5.4 | 38 | 3.3 | 77 | 10 | 030 | | 30.39 | | | 30.42 | AA | | 30.42 |
| 23 | 0351 | 11 | BKN021 OVC033 | 10.00 | | 46 | 7.8 | 42 | 5.5 | 37 | 2.8 | 71 | 11 | 020 | | 30.38 | | | 30.41 | AA | | 30.41 |
| 23 | 0447 | 11 | SCT023 OVC033 | 10.00 | | 45 | 7.0 | 41 | 5.2 | 37 | 3.0 | 74 | 10 | 030 | | 30.38 | 0 | 001 | M | SP | | 30.41 |
| 23 | 0451 | 11 | SCT023 OVC033 | 10.00 | | 45 | 7.2 | 41 | 5.2 | 37 | 2.8 | 74 | 11 | 030 | | 30.38 | | | 30.41 | AA | | 30.41 |
| 23 | 0551 | 11 | OVC031 | 10.00 | | 46 | 7.8 | 42 | 5.5 | 37 | 2.8 | 71 | 11 | 040 | | 30.39 | | | 30.42 | AA | | 30.42 |
| 23 | 0651 | 11 | FEW023 OVC031 | 10.00 | | 46 | 7.8 | 42 | 5.5 | 37 | 2.8 | 71 | 13 | 030 | | 30.39 | 3 | 005 | 30.42 | AA | | 30.43 |
| 23 | 0747 | 11 | BKN025 OVC030 | 10.00 | | 46 | 8.0 | 42 | 5.5 | 37 | 3.0 | 71 | 13 | 030 | 18 | 30.40 | | | M | SP | | 30.43 |
| 23 | 0751 | 11 | BKN025 OVC030 | 10.00 | | 46 | 7.8 | 42 | 5.5 | 37 | 2.8 | 71 | 13 | 030 | | 30.40 | | | 30.43 | AA | | 30.43 |
| 23 | 0851 | 11 | OVC024 | 10.00 | | 47 | 8.3 | 43 | 6.0 | 38 | 3.3 | 71 | 14 | 040 | | 30.39 | | | 30.42 | AA | | 30.42 |
| 23 | 0951 | 11 | OVC022 | 10.00 | | 48 | 8.9 | 44 | 6.6 | 39 | 3.9 | 71 | 15 | 050 | 23 | 30.40 | 1 | 002 | 30.43 | AA | | 30.40 |
| 23 | 1051 | 11 | BKN022 OVC027 | 10.00 | | 49 | 9.4 | 45 | 7.1 | 40 | 4.4 | 71 | 16 | 040 | 23 | 30.37 | | | 30.40 | AA | | 30.37 |
| 23 | 1151 | 11 | OVC022 | 10.00 | | 50 | 10.0 | 46 | 7.8 | 42 | 5.6 | 74 | 17 | 050 | 25 | 30.34 | | | 30.37 | AA | | 30.35 |
| 23 | 1251 | 11 | OVC022 | 10.00 | | 51 | 10.6 | 47 | 8.1 | 42 | 5.6 | 71 | 17 | 060 | 28 | 30.32 | 6 | 027 | 30.35 | AA | | 30.34 |
| 23 | 1351 | 11 | OVC022 | 10.00 | | 51 | 10.6 | 47 | 8.4 | 43 | 6.1 | 74 | 16 | 050 | 26 | 30.31 | | | 30.33 | AA | | 30.33 |
| 23 | 1451 | 11 | OVC020 | 10.00 | | 50 | 10.6 | 47 | 8.1 | 43 | 6.1 | 77 | 21 | 050 | 29 | 30.30 | | | 30.33 | AA | | 30.33 |
| 23 | 1551 | 11 | OVC020 | 10.00 | | 51 | 10.0 | 47 | 8.4 | 43 | 6.1 | 74 | 18 | 040 | | 30.30 | 5 | 006 | 30.33 | AA | | 30.32 |
| 23 | 1651 | 11 | OVC018 | 6.00 | -RA | 50 | 10.0 | 48 | 8.6 | 45 | 7.2 | 83 | 18 | 040 | | 30.29 | | | 30.32 | AA | T | 30.32 |
| 23 | 1751 | 11 | OVC016 | 9.00 | | 49 | 9.4 | 47 | 8.3 | 45 | 7.2 | 86 | 20 | 060 | 25 | 30.28 | | | 30.32 | AA | T | 30.31 |
| 23 | 1802 | 11 | OVC014 | 10.00 | | 48 | 9.0 | 47 | 8.0 | 45 | 7.0 | 89 | 21 | 060 | 28 | 30.28 | 6 | 007 | M | SP | | 30.31 |
| 23 | 1851 | 11 | OVC014 | 10.00 | | 50 | 10.0 | 48 | 8.6 | 45 | 7.2 | 83 | 20 | 050 | 26 | 30.28 | | | 30.31 | AA | T | 30.30 |
| 23 | 1951 | 11 | OVC012 | 10.00 | | 50 | 10.0 | 48 | 8.6 | 45 | 7.2 | 83 | 17 | 050 | 22 | 30.27 | | | 30.29 | AA | | 30.28 |
| 23 | 2051 | 11 | OVC012 | 10.00 | | 50 | 10.0 | 48 | 8.9 | 46 | 7.8 | 86 | 15 | 040 | | 30.25 | 8 | 014 | 30.28 | AA | | 30.27 |
| 23 | 2151 | 11 | OVC012 | 10.00 | | 50 | 10.0 | 48 | 8.6 | 45 | 7.2 | 83 | 13 | 040 | | 30.24 | | | 30.27 | AA | T | 30.25 |
| 23 | 2251 | 11 | OVC012 | 10.00 | | 49 | 9.4 | 48 | 8.6 | 46 | 7.8 | 89 | 13 | 030 | | 30.22 | | | 30.24 | AA | | 30.25 |
| 23 | 2351 | 11 | OVC012 | 10.00 | | 49 | 9.4 | 48 | 8.6 | 46 | 7.8 | 89 | 14 | 040 | | 30.20 | | | 30.23 | AA | T | 30.23 |

*Dynamically generated Thu Jul 03 13:13:45 EDT 2014 via http://cdo.ncdc.noaa.gov/qclcd/QCLCD*

U.S. Department of Commerce
National Oceanic & Atmospheric Administration

National Climatic Data Center
Federal Building
151 Patton Avenue
Asheville, North Carolina 28801

# QUALITY CONTROLLED LOCAL CLIMATOLOGICAL DATA
## (final)
## HOURLY REMARKS OBSERVATIONS TABLE
## LA GUARDIA AIRPORT (14732)
## NEW YORK, NY
## (11/2009)

Elevation: 11 ft. above sea level
Latitude: 40.779
Longitude: -73.880
Data Version: VER3

| Date | Time | Remarks |
|---|---|---|
| 23 | 0051 | AO2 SLP298 T00830033 10117 20083 51009 (RZ) |
| 23 | 0151 | AO2 SLP301 T00720033 (RZ) |
| 23 | 0251 | AO2 SLP301 T00720033 (RZ) |
| 23 | 0351 | AO2 SLP298 T00780028 50001 (RZ) |
| 23 | 0447 | AO2 (RZ) |
| 23 | 0451 | AO2 SLP297 T00720028 (RZ) |
| 23 | 0551 | AO2 SLP300 T00780028 (RZ) |
| 23 | 0651 | AO2 SLP302 T00780028 10083 20072 53005 (PAS) |
| 23 | 0747 | AO2 (PAS) |
| 23 | 0751 | AO2 SLP305 T00780028 (PAS) |
| 23 | 0851 | AO2 SLP302 T00830033 (PAS) |
| 23 | 0951 | AO2 SLP304 T00890039 51002 (PAS) |
| 23 | 1051 | AO2 SLP295 T00840044 (PAS) |
| 23 | 1151 | AO2 SLP284 T01000056 (PAS) |
| 23 | 1251 | AO2 PK WND 05027/1738 SLP276 T01060056 10106 20078 56027 (PAS) |
| 23 | 1351 | AO2 SLP272 T01060061 (PAS) |
| 23 | 1451 | AO2 SLP270 T01000061 (TC) |
| 23 | 1551 | AO2 SLP271 T01060061 55006 (TC) |
| 23 | 1651 | AO2 RAB46 SLP267 P0000 T01000072 (TC) |
| 23 | 1751 | AO2 RAE01B19E28 SLP266 P0000 T00940072 (TC) |
| 23 | 1802 | AO2 RAB2252E00 P0000 (TC) |
| 23 | 1851 | AO2 RAB2252E00 SLP263 P0000 60000 T01000072 10106 20094 56007 (TC) |
| 23 | 1951 | AO2 RAB07E27 SLP259 P0000 T01000072 |
| 23 | 2051 | AO2 SLP255 T01000078 |
| 23 | 2151 | AO2 SLP249 60000 T01000072 58014 |
| 23 | 2251 | AO2 RAB41E48 SLP242 P0000 T00940078 |
| 23 | 2351 | AO2 RAB0358E07 SLP237 P0000 T00940078 401060072 |

*Dynamically generated Thu Jul 03 13:14:00 EDT 2014 via http://cdo.ncdc.noaa.gov/qclcd/QCLCD*

Page 1 of 1

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
Data Version: VER3

National Climatic Data Center
Federal Building
151 Patton Avenue
Asheville, North Carolina 28801

## QUALITY CONTROLLED LOCAL CLIMATOLOGICAL DATA
(final)
### HOURLY PRECIPITATION TABLE
### LA GUARDIA AIRPORT (14732)
### NEW YORK, NY
(11/2009)

| | A.M. HOUR(L.S.T) ENDING AT | | | | | | | | | | | | | P.M. HOUR(L.S.T) ENDING AT | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DT | -1- | -2- | -3- | -4- | -5- | -6- | -7- | -8- | -9- | -10- | -11- | -12- | -DT- | -1- | -2- | -3- | -4- | -5- | -6- | -7- | -8- | -9- | -10- | -11- | -12- | -DT- |
| 23 | | | | | | | | | | | | | 23 | | | | T | T | T | | T | | | T | T | 23 |

# QUALITY CONTROLLED LOCAL CLIMATOLOGICAL DATA

(final)

NOAA, National Climatic Data Center

Month: 11/2009

**Station Location:** LA GUARDIA AIRPORT (14732)
NEW YORK, NY
Lat. 40.779  Lon. -73.880
Elevation(Ground): 11 ft. above sea level

| Dat e | Temperature (Fahrenheit) | | | | Avg Wet Bulb | Degree Days Base 65 Degrees | | Sun | | Significant Weather | Snow/Ice on Ground(In) Depth | Precipitation (In) 1200 UTC Water Equiv | 1800 UTC Snow Fall | 2400 LST Water Equiv | 2400 LST Snow Water Equiv | Pressure(inches of Hg) Avg. Station | Avg. Sea Level | Wind: Speed=mph Dir=tens of degrees Resultant Speed | Resultant Dir | Avg. Speed | max 5-second Speed | Dir | max 2-minute Speed | Dir | Dat e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Max. | Min. | Avg. | Dep From Normal | | Heating | Cooling | Sunrise LST | Sunset LST | | | | | | | | | | | | | | | | |
| | 2 | 3 | 4 | 5 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | 3 | 4 | 5 | 7 | 8 | 9 | 0651 | 1632 | | 0 | M | 0.0 | T | | 30.34 | 30.36 | 14.6 | 04 | 14.9 | 31 | 050 | 24 | 060 | 23 |
| 23 | 51 | 45 | 48 | 3 | 45 | 17 | 0 | | | RA | | | | | | | | | | | | | | | |

# SITE SPECIFIC WEATHER ANALYSIS REPORT

*PREPARED FOR:*

# Law Offices of Vincent I. Eke-Nweke, P.C.

**Vincent I. Eke-Nweke**

*PREPARED BY:*

# CompuWeather

July 28, 2014

REFERENCE: Merlene Bacchus
22214 Jamaica Avenue, Queens Village, NY 11428

# TABLE OF CONTENTS

PROJECT INFORMATION .................................................................................................. 3
ABSTRACT ........................................................................................................................ 3
INTRODUCTION ................................................................................................................. 4
RESULTS / ANALYSIS ....................................................................................................... 5
CONCLUSION .................................................................................................................... 6
INCIDENT LOCATION & DATA SOURCES - MAP ................................................................ 7
INCIDENT LOCATION & DATA SOURCES - LIST ................................................................ 8
COMPUWEATHER APPROVED INFORMATION SOURCES .................................................. 9
ABOUT COMPUWEATHER ............................................................................................... 10

Case 1:12-cv-01663-PKC-MDG Document 61-9 Filed 10/03/14 Page 9 of 12 PageID #: 885

# CompuWeather
## FORENSIC SERVICES DIVISION

800-825-4445
www.compuweather.com
experts@compuweather.com

## PROJECT INFORMATION

| | |
|---|---|
| Report Completion Date: | July 28, 2014 |
| Prepared for: | Law Offices of Vincent I. Eke-Nweke, P.C. |
| | 498 Atlantic Avenue |
| | Brooklyn, NY 11217 |
| | Attn: Vincent I. Eke-Nweke |
| Case Reference: | Merlene Bacchus |
| Date in Question: | November 23, 2009 |
| Time in Question: | 8:00 AM to 3:00 PM EST |
| Location in Question: | 22214 Jamaica Avenue, Queens Village, NY 11428 |
| Type in Question: | Credibility |
| Scope: | Determination of the weather and ground conditions for November 23, 2009. |

## ABSTRACT

Law Offices of Vincent I. Eke-Nweke, P.C. has requested that CompuWeather's Forensic Meteorologists perform a site specific analysis of the weather conditions that occurred on November 23, 2009 for the location of 22214 Jamaica Avenue, Queens Village, NY 11428. CompuWeather researched all the available weather data from approved sources for the surrounding area, analyzed the information and interpreted the conditions that took place for the requested location during the period requested.

CompuWeather has determined that no rain occurred between 8:00 AM and 3:00 PM EST on November 23, 2009 (date and time in question), in the vicinity of 22214 Jamaica Avenue, Queens Village, NY 11428 (site in question).

## INTRODUCTION

This report is based on a review of weather data recorded in the vicinity of 22214 Jamaica Avenue, Queens Village, NY 11428 (site in question; see map in the Incident Location & Data Sources section) on November 23, 2009. In order to determine the weather conditions during the period in question, official copies of National Oceanic and Atmospheric Administration data were studied.

The process employed to produce this weather analysis begins with verifying the location in question and performing a rigorous search of all the available and relevant weather data from the local geographical area that the incident site falls within. Once this data has been analyzed, the data is interpreted to make the determination as to the weather that occurred at the exact incident site. Before delivery, this report has been quality controlled for accuracy by a meteorologist.

In addition, all meteorological data used to prepare this report is reviewed by a meteorologist for quality and can be certified. Data and meteorological reports taken by individuals or organizations not affiliated with the National Oceanic and Atmospheric Administration are not used in our practice.

All procedures used during the analysis of this case were conducted in accordance with long-standing, standard and accepted practices in the field of meteorology. This report was based on the available data at the time the report was prepared. CompuWeather reserves the right to amend this report should additional data or relevant information become available.

## RESULTS / ANALYSIS

### ANALYSIS OF GENERAL WEATHER CONDITIONS FOR NOVEMBER 23, 2009

On November 23, 2009, the sky was partly cloudy prior to 1:00 AM EST, then mostly cloudy to cloudy for the remainder of the day.

Light rain showers were in the vicinity between approximately 6:00 PM and 6:15 PM EST, and again between approximately 10:00 PM and 11:00 PM EST. During these time periods, very light rain (sprinkles) may have occurred at the location in question. Any rainfall would have been a trace (less than 0.01 inch).

The high temperature was near 52 degrees F and the low temperature was near 44 degrees F.

## CONCLUSION

**DATE IN QUESTION:** November 23, 2009

**LOCATION:** 22214 Jamaica Avenue, Queens Village, NY 11428

**CASE REFERENCE:** Merlene Bacchus

In conclusion, it can be stated with a reasonable degree of meteorological certainty that on November 23, 2009 between 8:00 AM and 3:00 PM EST (date and time in question), no rain occurred at 22214 Jamaica Avenue, Queens Village, NY 11428 (site in question). During that period, the sky was mostly cloudy to cloudy and the temperature ranged between approximately 46 and 51 degrees F.

| SUMMARY TABLE: | 8:00 AM to 3:00 PM EST |
|---|---|
| Cloud Cover: | Mostly cloudy to Cloudy |
| Precipitation Occurring: | None |
| Temperature: | 46-51° F |

All procedures used during my investigation of this incident were conducted in accordance with long-standing, standard and accepted industrial practices. My conclusions presented within this report are based on the aforementioned data, available at the time of this report generation. I reserve the right to change my conclusions should additional data come to my attention. I, James Bria, CCM, Senior Forensic Meteorologist, duly deposes and says under the penalties of perjury that I completed the preceding forensic weather report.

Prepared by:   James Bria, Certified Consulting Meteorologist (CCM)
Title:   CompuWeather Senior Forensic Meteorologist

Signature: *James Bria*

Date: July 28, 2014