# EXHIBIT "13"

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MERLENE BACCHUS, <br><br> *Plaintiff* <br><br> v. <br><br> THE CITY OF NEW YORK, RENÉE PEPPER and BOARD OF EDUCATION EMPLOYEES LOCAL 372, DISTRICT COUNCIL 37, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) )  Civil Action No. **CV-12-1663** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* (1) The City of New York, Law Department, 100 Church Street, NY, NY 10007

(2) Renée Pepper, PS/IS 295Q, 222-14, Jamaica Avenue, Queens, New York

(3) Board of Education Employees Local 372, District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO, 125 Barclay Street, New York, New York 10007-2179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LAW OFFICE OF VINCENT I. EKE-NWEKE, P.C.
498 Atlantic Avenue, Brooklyn, New York 11217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

*Elizabeth Goddard*
*Signature of Clerk or Deputy Clerk*

Date: 04/04/2012

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* and Complaint The City of New York

was received by me on *(date)* 4/19/2012

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify)*: I served the Summons and Complaint upon the Office of the Corporation Counsel of the City of New York at 100 Church Street, NY, NY, on APRIL 19, 2012. The Summons/Complaint was delivered to a male individual who accepted same for the City of NY.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/4/2012

Richard Gavin
*Server's signature*

RICHARD GAVIN
*Printed name and title*

510 Atlantic Avenue, Brooklyn, NY
*Server's address*

Additional information regarding attempted service, etc: