UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MERLENE BACCHUS,

                        Plaintiff,

                  vs.                            **12-CV-1663 (PKC)(MDG)**

NEW YORK CITY DEPARTMENT OF
EDUCATION; DISTRICT COUNCIL 37,
AFSCME, AFL-CIO; BOARD OF
EDUCATION EMPLOYEES LOCAL 372;
and RENEE PEPPER,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION OF DISCONTINUANCE AND ORDER OF DISMISSAL

**WHEREAS,** Plaintiff Merlene Bacchus ("Plaintiff") commenced the above

captioned action (the "Action") on or about April 4, 2012, against Defendants District

Council 37, AFSCME, AFL-CIO ("DC 37") and Board of Education Employees Local 372

("Local 372") (collectively the "Unions") as well as other named Defendants;

**WHEREAS,** Plaintiff asserted in the Action, a breach duty of fair representation

claim (the "Claim") against the Unions;

**WHEREAS,** the Claim is currently pending in the Action;

**WHEREAS,** Plaintiff and the Unions desire that the Action be discontinued as

against the Unions on the terms and conditions set forth in this Stipulation so that

147391

Plaintiff may bring an improper practice charge before the New York State Public

Employment Relations Board ("PERB") against the Unions based upon the facts of the

Claim;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

between the Plaintiff and the Unions and/or their respective counsel as follows:

1.      Subject to the terms and conditions set forth in paragraphs 2 through 6

of this Stipulation, Plaintiff and the Unions agree that the Claim hereby is discontinued

and dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil

Procedure.

2.      Notwithstanding that the Claim is dismissed with prejudice, Plaintiff and

the Unions agree that Plaintiff may bring an improper practice charge against the

Unions before PERB and assert the Claim against the Unions in such charge. The

Unions further agree that the dismissal of the Claim with prejudice in this Action shall

not be a bar or impediment to Plaintiff asserting the Claim in an improper practice

charge before PERB.

147391

3.    Plaintiff and the Unions further agree, that the Unions shall not challenge nor oppose PERB's jurisdiction to hear and decide any improper practice charge based on the Claim that Plaintiff may bring before PERB against the Unions.

4.    Plaintiff and the Unions further agree, that the Unions hereby waive any and all defenses based on jurisdiction, time bar, laches, or statute of limitations with respect to any improper practice charge based on the Claim that Plaintiff may bring against the Unions before PERB.   If the Unions assert any such defenses, this Stipulation will be a dispositive basis to dismiss, deny, and give no effect whatsoever to such defenses.

5.    Plaintiff and the Unions further agree that neither the dismissal with prejudice of the Claim nor the provisions of Section 204.1(a)(1)  of PERB's Rules of Procedure (which require that improper practice charges be filed within four months of the alleged improper practice) shall in any way hamper, impede, or bar Plaintiff from asserting the Claim in an improper practice charge before PERB.

147391

6.    It is further agreed by Plaintiff and the Unions that neither the dismissal

with prejudice nor the provisions of Section 204.1(a)(1) of PERB's Rules of Procedure

shall in any way limit Plaintiff's ability to obtain relief from PERB and that the Unions

shall not cite to nor rely on this dismissal with prejudice or the provisions of Section

204.1(a)(1) of PERB's Rules of Procedure, in any proceeding before PERB.

7.    Plaintiff and the Unions further agree that, other than the specific defenses

identified in paragraphs 3 and 4 of this Stipulation, the Unions may assert any defense

to an improper practice charge before PERB in which Plaintiff asserts the Claim against

one or both of the Unions.


Dated:   July 19, 2016
         New York, New York


_____
Hanan B. Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, New York 10018-0822
Telephone:  212-239-4999
Facsimile:  212-239-1311
hkolko@msek.com
*Attorneys for District Council 37,*
*AFSCME, AFL-CIO and Board of*
*Education Employees Local 372*

_____
Vincent I. Eke-Nweke
Law Office of Vincent I Eke-Nweke, P.C.
498 Atlantic Avenue
Brooklyn, New York  11217-1813
Telephone:  718-852-8300
Facsimile:  718-852-7361
vekenweke@aol.com
*Attorney for Plaintiff Merlene Bacchus*


147391

So Ordered

_____

PAMELA K. CHEN, U.S.D.J.

147391